OPINION — AG — ** THE BUSINESS CORPORATION ACT AND OUTSTANDING STOCK ** THE BUSINESS CORPORATION ACT IN 18 O.S. XXX DOES NOT REQUIRE THE FILING OF STATEMENTS CONCERNING CHANGE IN CAPITAL STOCK OUTSTANDING; HOWEVER, WHERE SUCH CHANGE IN CAPITAL STOCK OUTSTANDING COMES WITHIN THE PURVIEW OF 18 O.S. 1.138 [18-1.138](A), 18 O.S. 1.138 [18-1.138](C), THEN SUCH CHANGE IN OUTSTANDING STOCK REDUCING THE AMOUNT OF AUTHORIZED SHARES MUST BE REFLECTED BY AN AMENDED ARTICLES OF DOMESTICATION UNDER 18 O.S. 1.230 [18-1.230] (CORPORATION ACT, DOMESTICATION, STATEMENT OF FINANCIAL ASSETS) CITE: 18 O.S. 1.1 [18-1.1] ET SEQ., 18 O.S. 1.228 [18-1.228](A), 18 O.S. 228 [18-228] (JAMES H. GRAY)